# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



PAN AMERICAN GRAIN MFG.

VS.

COMMODITY SPECIALISTS CO., ET AL

CIVIL NO. 98-1044 (JAF)

RECEIVED & FILED
00 MAR 28 AM 11:13
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE FILED: 11/23/99 | DOCKET #: 47 | TITLE: MOTION by Don Pylate Services, Don Pylate, Jane Doe 98CV1044, C/P Pylate-Doe \|requesting permission to remove the within action to arbitration\| |
| [ ] Plaintiff(s) [X] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Granted. All pending motions are moot._

DATE: 3/24/2000

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(48)

5