4/19/00 ENTERED ON DOCKET PURSUANT
TO PRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

PAN AMERICAN GRAIN MFG     *

   PLAINTIFF,     *

VS.     *     CIVIL NO. 98-1044 (JAF)

COMMODITY SPECIALISTS CO.,     *
ET. AL.
     *
   DEFENDANTS
-------------------------------------------------------X

## JUDGMENT

Pursuant to "Motion Requesting Permission to Remove the Withing Action to Arbitration", filed by counsel for defendants on November 23, 1999, the Court, See Docket 48, grants the dismissal of the pending action.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of April, 2000.

                       FRANCES RIOS DE MORAN
                       CLERK OF THE COURT

            BY:_____
                 REBECCA AGOSTINI, DEPUTY CLERK

